IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HELEN L. PALKO, :
:
Plaintiffs, :      C.A. No.: 1:06-CV-109
:
v. :
:
GORDON PEPPER and KATHLEEN :
PEPPER, :
:
Defendants. :

## ALIAS PRAECIPE

PLAINTIFF REQUESTS THAT AN ALIAS SUMMONS be issued by this court, to effect service of the Alias Summons and Complaint upon the defendants, Gordon Pepper and Kathleen Pepper, due to the fact that the original summons, issued by this court on February 17, 2006, were misplaced.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. 2440)
MATTHEW R. FOGG (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 2-24-06