# UNITED STATES DISTRICT COURT

District of Delaware

Helen L. Palko                                CASE NUMBER: 1:06-CV-109 KAJ

    Plaintiff,

V

Gordon Pepper and;
Kathleen Pepper

    Defendants.

## ANSWER OF DEFENDANTS

1. Do not know

2. Admitted

3. No Answer Required

4. Do not know

5. No Answer Required

6. Denied

7. Do not know

8. Do not know

9. No Answer Required

10. Denied

    A. Denied
    B. Denied
    C. Denied
    D. Denied

- 1 -

  E. Denied
  F. Denied
  G. Denied
  H. Denied
  I. Denied
  J. Denied
  K. Denied

11. No Answer Required

12. Denied

13. Denied

14. Denied

15. Denied

16. Denied

17. No Answer Required

18. Do not know

19. Do not know

20. Do not know

21. Do not know

22. Do not know

23. Do not know

**SWORN TO AND SUBSCRIBED** before me this date.

_March 10, 2006_
Date

_Virginia L. Pepper_
Notary Public

_Gordon Pepper_
GORDON PEPPER (Defendant)
45 Clendaniel Avenue
Selbyville, De 19975

_Kathleen Pepper_
KATHLEEN PEPPER (Defendant)
45 Clendaniel Avenue
Selbyville, De 19975

# UNITED STATES DISTRICT COURT

District of Delaware

**Helen L. Palko**                                          CASE NUMBER: 1:06-CV-109

*1733 Windsor Avenue*
*Lancaster, PA 17601*

Plaintiff,

- V-

**Gordon Pepper and;**
**Kathleen Pepper**

*45 Clendaniel Avenue*
*Selbyville, De 19975*

Defendants.

## CERTIFICATE OF MAILING

    We, **GORDON PEPPER and KATHLEEN PEPPER,** pro se party, do hereby certify that on this 11th day of March, 2006, we caused one (1) copy of the attached **ANSWER OF DEFENDANTS in CIVIL ACTION NO. 1:06-CV-109** to be placed in the United States mail; postage prepaid to the following two (2) parties; mentioned below:

1. Arthur Krawitz, Esq.
   Matthew R. Fogg, Esq.
   1202 Kirkwood Highway
   Wilmington, Delaware 19805

2. United States District Court
   Attention: Clerk's Office
   844 North King Street
   Lockbox 18
   Wilmington, Delaware 19801

Page 1 of 2

**SWORN TO AND SUBSCRIBED** before me this date:

_March 10, 2006_
Date

_Virginia L. Pepper_
Notary Public

_Gordon Pepper_
GORDON PEPPER (Defendant)
45 Clendaniel Avenue
Selbyville, De 19975

_Kathleen Pepper_
KATHLEEN PEPPER (Defendant)
45 Clendaniel Avenue
Selbyville, De 19975

Page 2 of 2