# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Helen L. Palko

V.

Gordon Pepper
and Kathleen Pepper

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-CV-109

TO: (Name and address of Defendant)

Kathleen Pepper
45 Clendaniel Ave.
Selbyville, DE  19971

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Krawitz, Esq.
Matthew R. Fogg, Esq.
1202 Kirkwood Hwy.
Wilmington, DE  19805

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              FEB 2 4 2006

CLERK                                        DATE

_(signature)_
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 4, 2006 | 7:16 pm |
| NAME OF SERVER (PRINT)  TIMOTHY J. JONES | TITLE  process server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 45 Clendaniel AVE. SELBYVILLE, DELAWARE 19971

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | n/a | SERVICES | $35.00 | TOTAL | $35.00 |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 4, 2006     X  *Timothy J. Jones*
            Date                     Signature of Server

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure