IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HELEN L. PALKO,

    Plaintiff,

v.

GORDON PEPPER and KATHLEEN PEPPER,

    Defendants.

C.A. No.: 1: 06- cv- 109

JURY OF SIX DEMANDED

## NOTICE OF SERVICE

I, Matthew R. Fogg, ESQUIRE, hereby certify that on the __11th__ day of __April____, 2006, two copies of Plaintiffs' Response Pursuant to Federal Rule of Civil Procedure 26(a)(1) were placed in the U.S. Mail to the following attorneys of record at the address indicated:

David Denham, Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

                DOROSHOW, PASQUALE
                KRAWITZ & BHAYA

By: /s/ ARTHUR M. KRAWITZ
ARTHUR M. KRAWITZ (2440)
MATTHEW R. FOGG (4254)
1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Attorneys for Plaintiffs
ArthurKrawitz@dplaw.com
MattFogg@dplaw.com

DATED: 4-11-2006