IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN L. PALKO, | : | |
| | : | C.A. No.: 06-109-KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JURY OF SIX DEMANDED |
| GORDON PEPPER and | : | |
| KATHLEEN PEPPER, | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS, GORDON PEPPER AND KATHLEEN PEPPER'S, INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 26(a)(1)

Defendants, Gordon Pepper and Kathleen Pepper, pursuant to Federal Rule Civil Procedure 26(a)(1), submit these Initial Disclosures, based on the information reasonably available to the Defendants at this time. Defendants explicitly reserve their right to modify, amend or supplement these Initial Disclosures, in the event that they identify or discover further relevant information.

1. **Individuals likely to have discoverable information that Defendants may use to support its claims.**

Defendant reserve the right to supplement the list of persons identified below as a result of further investigation, discovery or otherwise. Defendants additionally reserve the right to rely upon information from any other person identified by the initial disclosures of other parties to this action.

    (a)    Plaintiff, Helen L. Palko;

    (b)    Defendants, Gordon Pepper and Kathleen Pepper;

  (c)  Ralph E. Stoffregen, P.O. Box 1495, Rehoboth Beach, DE;

  (d)  Paul R. Farren, 107 Clover Hill Road, Dallastown, PA;

  (e)  Lynn K. Farren, 107 Clover Hill Road, Dallastown, PA;

  (f)  Corporal J. Mark Little, Delaware State Police, Troop 4; and

  (g)  Plaintiff's treating physicians, the names of which have yet to be fully identified.

**2. Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims.**

  Defendants reserve their right to supplement this response at such time as documents come to their attention as a result of further investigation, discovery, or otherwise. Defendants additionally reserve the right to rely upon documents identified by the initial disclosures of other parties to this action.

  See attached State of Delaware Uniform Traffic Collision Report, Autosource Valuation Report for 1997 Hyundai Elantra, invoice from Custom Classics, property damage report / appraisal performed on 2004 Hyundai Elantra, rental invoice from Enterprise for Helen Palko, Certificate of Title for 1997 Hyundai Elantra, property damage report / appraisal performed on a 1997 Hyundai Elantra, Disability Claim from MetLife, copy of Plaintiff Helen Palko's insurance policy with Westfield Insurance, W-2 statements from Sears, Roebuck and Company and Zale Delaware, Inc., and medical records received to date by Defendants.

3. **A computation of damages claimed.**

Not applicable.

4. **The existence of any insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in this case.**

A certified copy of The Hartford policy which was in effect on the alleged date of loss, and applicable endorsements, is attached hereto.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
GEORGE T. LEES, III (DE BAR # 3647)
DAVID A. DENHAM (DE BAR #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorneys for Defendants

Dated: 4/19/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : C.A. No.: 06-109-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : JURY OF SIX DEMANDED |
| GORDON PEPPER and | : |
| KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, David A. Denham, attorney for Defendants, Gordon Pepper and Kathleen Pepper, hereby certify that two copies of **DEFENDANTS, GORDON PEPPER AND KATHLEEN PEPPER'S, INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 26(a)(1)** were served upon:

Arthur Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

by United States First Class Mail, postage pre-paid on April 20th, 2006.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

GEORGE T. LEES, III (DE BAR #3647)
DAVID A. DENHAM, (DE BAR #4240)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
Attorneys for Defendants
(302) 429-1900