IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN L. PALKO, | : | |
| | : | C.A. No.: 06-109-KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JURY OF SIX DEMANDED |
| GORDON PEPPER and | : | |
| KATHLEEN PEPPER, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER

The parties, by and through their undersigned attorneys, hereby stipulate and agree to allow Defendants leave to file an Amended Answer to Plaintiff's Complaint. Upon the filing of the Amended Answer, the Answer which was previously filed on behalf of the Defendants will be deemed withdrawn.

_____
GEORGE T. LEES, III (ID 3647)
DAVID A. DENHAM (ID 4240)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899
Attorneys for Defendants

DATE: 4/14/06

_____
ARTHUR M. KRAWITZ (ID 2440)
MATTHEW R. FOGG (ID 4254)
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

DATE: 4/14/06