IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiff, | : C.A. No.: 06-109 KAJ |
| v. | : |
| | : **JURY OF SIX DEMANDED** |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __9th__ day of __MAY____, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Interrogatories Directed to Defendants.
Plaintiff's Request for Production Directed to Defendants.

PERSON:

David A. Denham, Esquire
Bifferato, Gentilotti, Biden, & Balick, P.A.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

                        DOROSHOW, PASQUALE,
                          KRAWITZ & BHAYA


By:    /s/ MATTHEW R. FOGG
       ARTHUR M. KRAWITZ (I.D. NO.: 2440)
       MATTHEW R. FOGG (I.D. NO.: 4254)
       1202 Kirkwood Highway
       Wilmington, DE 19805
       (302) 998-0100
       Attorneys for Plaintiff
       ArthurKrawitz@dplaw.com
       MattFogg@dplaw.com