UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | :    C.A. No.: 1:06-CV-109 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GORDON PEPPER and | : |
| KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of Defendant, Gordon Pepper and Kathleen Pepper in the above captioned matter.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
George T. Lees, III (DE Bar # 3647)
David A. Denham (DE Bar #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

Dated: 5/15/06

AFFIDAVIT OF MAILING

STATE OF DELAWARE  :
                   :SS.
COUNTY OF NEW CASTLE:

BE IT REMEMBERED that on this 15th day of May, 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Dawn Marino, a legal assistant for the law firm of Bifferato, Gentilotti, Biden & Balick and being duly sworn according to law deposes and says that she forwarded two copies of the attached Entry of Appearance by first class mail, postage pre-paid and via e-file to:

Matthew Fogg, Esquire
Arthur Krawitz, Esquire
1202 Kirkwood Highway
Wilmington, DE 19805

Dawn Marino

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

WENDY A. DEMOSS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 22, 2007