IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN L. PALKO, | : | |
| | : | C.A. No. 06-109-KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JURY OF SIX DEMANDED |
| GORDON PEPPER and | : | |
| KATHLEEN PEPPER, | : | |
| | : | |
| Defendants. | : | |

### AMENDED ANSWER AND AFFIRMATIVE DEFENSES
### OF DEFENDANTS GORDON PEPPER AND KATHLEEN PEPPER

Defendants, Gordon Pepper and Kathleen Pepper, by and through their undersigned attorneys, hereby submit their Answers and Affirmative Defenses to Plaintiff's Complaint and aver as follows:

### PARTIES

1. Answering Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the averment contained in this paragraph.

2. Admitted.

### JURISDICTION

3. Answering Defendants incorporate their responses to paragraphs 1 through 2 herein as if set forth in full.

4. Admitted in part; denied in part. Answering Defendants deny that the amount in controversy exceeds $75,000.00; the remaining allegations contained in this paragraph are admitted upon information and belief.

### FACTUAL ALLEGATIONS

5. Answering Defendants incorporate their responses to paragraphs 1 through 4 herein as if set forth in full.

6. Admitted upon information and belief.

7. Denied as stated.

8. Denied as stated.

## COUNT I
## CLAIM AGAINST KATHLEEN PEPPER

9. Answering Defendants incorporate their responses to paragraphs 1 through 8 herein as if set forth in full.

10. Denied. (a) through (k) denied.

## COUNT II
## CLAIM AGAINST GORDON PEPPER

11. Answering Defendants incorporate their responses to paragraphs 1 through 10 herein as if set forth in full.

12. Admitted.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## COUNT III
## CLAIM OF HELEN PALKO

17. Answering Defendants incorporate their responses to paragraphs 1 through 17 herein as if set forth in full.

18. Denied.

19. Denied as stated.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

WHEREFORE, answering Defendants Gordon Pepper and Kathleen Pepper hereby demand judgment in their favor and against the Plaintiff, Helen L. Palko, including costs of this action, attorney's fees, and any other relief this Honorable Court deems just.

### FIRST AFFIRMATIVE DEFENSE

24. Answering Defendants were not the proximate cause of the collision alleged in Plaintiff's Complaint.

### SECOND AFFIRMATIVE DEFENSE

25. Answering Defendants were not the proximate cause of any or all of Plaintiff's alleged injuries and/or damages.

### THIRD AFFIRMATIVE DEFENSE

26. Plaintiff has failed to mitigate her alleged injuries and/or damages.

### FOURTH AFFIRMATIVE DEFENSE

27. Plaintiff's injuries and/or damages, if any, are wholly or in part the result of preexisting, subsequent or independent conditions.

### FIFTH AFFIRMATIVE DEFENSE

28. Plaintiff has failed to state a claim against answering Defendants upon which relief can be granted.

### SIXTH AFFIRMATIVE DEFENSE

29. Plaintiff's claim is barred and/or diminished pursuant to 10 Del.C. §8132 in proportion to the amount of contributory/comparative negligence attributable to Plaintiff, Helen L. Palko.

### SEVENTH AFFIRMATIVE DEFENSE

30. Plaintiff's injuries and/or damages, if any, were proximately caused by an act or omission of a third party beyond the control of answering Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

31. Plaintiff has failed to state any facts that support the allegation of agency against Gordon Pepper.

## NINTH AFFIRMATIVE DEFENSE

32. Plaintiff's Complaint fails to name a necessary party, specifically, the operator of the vehicle which allegedly struck the Plaintiff's vehicle.

WHEREFORE, answering Defendants Gordon Pepper and Kathleen Pepper hereby demand judgment in their favor and against the Plaintiff, Helen L. Palko, including costs of this action, attorney's fees, and any other relief this Honorable Court deems just.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.P.

_____
George T. Lees, III   (I.D. #3647)
David A. Denham   (I.D. #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorneys for Defendants

Date: 5/17/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : C.A. No.: 06-109-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : JURY OF SIX DEMANDED |
| GORDON PEPPER and | : |
| KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, David A. Denham, attorney for Defendants, Gordon Pepper and Kathleen Pepper, hereby certify that two copies of **Amended Answer and Affirmative Defenses of Defendants Gordon Pepper and Kathleen Pepper** were served upon:

Arthur Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

via Electronic Filing and U.S. Mail First Class, postage prepaid on May 18, 2006.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.P.

_____
George T. Lees, III   (I.D. #3647)
David A. Denham    (I.D. #4240)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
Attorneys for Defendants
(302) 429-1900