IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : C.A. No.: 06-109-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : JURY OF SIX DEMANDED |
| GORDON PEPPER and | : |
| KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, David A. Denham, attorney for Defendants, hereby certify that two copies of **DEFENDANTS' INTERROGATORIES DIRECTED TO PLAINTIFF** and **DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were served upon:

Arthur Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

by United States First Class Mail, postage pre-paid on May 18th, 2006.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
David A. Denham
Delaware State Bar No.: 4240
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorney for Defendants