IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiff, | : C.A. No.: 06-109-KAJ |
| v. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### NOTICE OF DEPOSITION

TO:  David Allen Denham, Esquire
Bifferato, Gentilotti, Biden
& Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

Please take notice that counsel for Plaintiff will take the deposition of Defendant Kathleen Pepper on **Thursday, June 8, 2006 beginning at 2:00 pm**. The deposition will be held in the office of David Allen Denham, Esquire at the above listed address.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 5/23/06       By:   /s/ Matthew R. Fogg, Esquire
ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
Arthurkrawitz@dplaw.com
Mattfogg@dplaw.com

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

F:\PUBLIC\WORD\PLEADING Palko, Helen - Notice of Deposition - Pepper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : C.A. No.: 06-109-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 23rd day of MAY, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Deposition

**PERSON**:

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden
& Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Mattfogg@dplaw.com