UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

HELEN L. PALKO,

  Plaintiff,

v.

GORDON PEPPER and
KATHLEEN PEPPER,

  Defendants.

C.A. No.: 1:06-CV-109

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of George T. Lees, III, Esquire as counsel on behalf of defendant, Kathleen Pepper, in the above action; and

PLEASE ENTER the appearance of Vincent A. Bifferato, Jr., Esquire and David A. Denham, Esquire, of Bifferato, Gentilotti, Biden and Balick on behalf of defendant, Kathleen Pepper, in the above action.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
George T. Lees, III, Esquire   (#3647)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302)429-1900
Date:

_____
Vincent A. Bifferato, Jr., Esquire (#2465)
David A. Denham, Esquire (#4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302)429-1900
Date: 6/9/06

## AFFIDAVIT OF MAILING

STATE OF DELAWARE    :
                     :SS.
COUNTY OF NEW CASTLE:

BE IT REMEMBERED that on this 9th day of June, 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Dawn Marino, a legal assistant for the law firm of Bifferato, Gentilotti, Biden & Balick and being duly sworn according to law deposes and says that she forwarded two copies of the attached Substitution of Counsel by first class mail, postage pre-paid and via e-file to:

Matthew Fogg, Esquire
Arthur Krawitz, Esquire
1202 Kirkwood Highway
Wilmington, DE 19805

_____
Dawn Marino

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

WENDY A. DEMOSS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 22, 2007