## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN L. PALKO, | : | |
| | : | |
| Plaintiff, | : | **C.A. No.: 06-109 KAJ** |
| | : | |
| v. | : | |
| | : | **JURY OF SIX DEMANDED** |
| GORDON PEPPER and KATHLEEN | : | |
| PEPPER, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, hereby certify that I have this __12th___ day of _____June_____,

2006, hand-delivered, two (2) true and correct copies of the following document(s) addressed to the

person(s) listed below:

DOCUMENT:

Plaintiff's Second Set of Interrogatories Directed to Defendant, Kathleen Pepper

PERSON:

David A. Denham, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:  /s/ MATTHEW R. FOGG_____
ARTHUR M. KRAWITZ (I.D. No. 2440)
MATTHEW R. FOGG (I.D. No. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 6-12-2006