IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __13th___ day of June, 2006, mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT(S):**

Notice of Records Deposition

**PERSON(S):**

David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _/s/ MATTHEW R. FOGG_____
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 6-13-2006