IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### NOTICE OF RECORDS DEPOSITION

TO:  David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899-2165

Please take notice that counsel for Plaintiff will take the records-only deposition of the below-listed individual on **Monday, July 3, 2006 at 10:30 am**:

### Records Custodian -- Delaware State Police, Troop 4

The deposition will be held in the offices of the undersigned, located at 1202 Kirkwood Highway, Wilmington, DE.

**DUCES TECUM:** Deponent is requested to produce any and all related documents in their possession, including but not limited to, the DUI Report of Kathleen Pepper, Complaint # 04-04-15192, and the disposition of such charge, which is the subject of this litigation. **NOTE: Appearance is waived if the documents are produced on or before Monday, July 3, 2006.**

Doroshow. Pasquale.
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 6-13-2006

                                                          By:    /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No.: 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff