IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO,          : | |
|                          : | |
|   Plaintiffs,            : | C.A. No.: 06-109 KAJ |
|                          : | |
| V.                       : | |
|                          : | |
| GORDON PEPPER and KATHLEEN : | |
| PEPPER,                  : | |
|                          : | |
|   Defendants.            : | |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __15th__ day of ___June___, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Answers to Defendants' Interrogatories
Plaintiff's Response to Defendants' Request for Production

PERSON (S):

David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

                By:   /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. NO.: 2440)
MATTHEW R. FOGG (I.D. NO.: 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
ArthurKrawitz@dplaw.com
MattFogg@dplaw.com

DATED: 6-15-2006