IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, : | |
| : | |
| Plaintiffs, : | C.A. No.: 1:06-CV-109 |
| : | |
| V. : | |
| : | |
| GORDON PEPPER and KATHLEEN : | |
| PEPPER, : | |
| : | |
| Defendants. : | |

### NOTICE OF MOTION

TO: David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

Please take notice that the undersigned will present the attached Motion to Amend the Complaint at the convenience of the Court.

                                                  DOROSHOW, PASQUALE,
                                                  KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
        ARTHUR M. KRAWITZ (I.D. NO.: 2440)
        MATTHEW R. FOGG (I.D. NO.: 4254)
        1202 Kirkwood Highway
        Wilmington, DE 19805
        (302) 998-0100
        Attorneys for Plaintiff
        ArthurKrawitz@dplaw.com
        MattFogg@dplaw.com

DATED: 7-3-2006