IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, Matthew R. Fogg, hereby affirm the following to be true and correct in conjunction with the Motion to Amend Complaint filed on July 3, 2006:

1. The last day within which to file a Motion to Amend is July 3, 2006;

2. On July 3, 2006, the undersigned attempted to contact defendants' attorney, David Denham, Esquire to determine if the Motion was opposed. Unfortunately, Mr. Denham's office was closed for the holiday.

3. Counsel for plaintiff will continue in his efforts to contact defendants' counsel to determine any opposition to this Motion and will notify the Court immediately.

                                                                           DOROSHOW, PASQUALE,
                                                                             KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
      MATTHEW R. FOGG (I.D. NO.: 4254)
      1202 Kirkwood Highway
      Wilmington, DE 19805
      (302) 998-0100
      Attorneys for Plaintiff
      MattFogg@dplaw.com

DATED: 7-3-2006