IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HELEN L. PALKO, :
: **Civil Action No.: 06-109-KAJ**
Plaintiff, :
:
v. :
:
GORDON PEPPER and KATHLEEN :
PEPPER, :
:
Defendants. :

## STIPULATION TO AMEND SCHEDULING ORDER

It is hereby stipulated and agreed, by and between the parties, through their counsel as follows:

Whereas, plaintiff has recently sought treatment and may receive a surgical recommendation from Michael Gish, M.D. for injuries plaintiff alleges were caused by the motor vehicle accident that is the subject of this litigation and does not expect to obtain Dr. Gish's opinions prior to the Disclosure of Expert Testimony deadline of July 13, 2006.

Whereas the parties stipulate and agree that the Scheduling Order be amended as follows:

        Disclosure of Expert Testimony    August 13, 2006

        Supplemental Disclosures to
        Contradict or Rebut Evidence    September 13, 2006

| DOROSHOW, PASQUALE KRAWITZ & BHAYA | BIFFERATO, GENTILOTTI, BIDEN & BALICK |
|---|---|
| /s/ Matthew R. Fogg | /s/ David A. Denham |
| ARTHUR M. KRAWITZ (#2440) MATTHEW R. FOGG (#4254) 1202 Kirkwood Highway Wilmington, DE 19805 (302) 998-0100 Attorneys for Plaintiff | DAVID A. DENHAM (#4240) 1308 Delaware Ave. P.O. Box 2165 Wilmington, DE 19899-2165 (302) 429-1900 Attorney for Defendants |

Doroshow, Pasquale
Krawitz, Siegel & Bhaya, LLC
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

IT IS SO ORDERED THIS _____ DAY OF _____ 2006.

_____
JUDGE

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya, LLC
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100