IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiff, | : **C.A. No.: 06-109 KAJ** |
| v. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : **JURY OF SIX DEMANDED** |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 7th day of July, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Supplemental Answers to Defendants' Interrogatories

PERSON (S):

David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

          DOROSHOW, PASQUALE,
           KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
   ARTHUR M. KRAWITZ (I.D. NO.: 2440)
   MATTHEW R. FOGG (I.D. NO.: 4254)
   1202 Kirkwood Highway
   Wilmington, DE 19805
   (302) 998-0100
   Attorneys for Plaintiff