IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : |
| Plaintiffs, | :    C.A. No.: 1:06-CV-109 |
| | : |
| V. | : |
| | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Matthew R. Fogg, Esquire, hereby certify that I have this 7th day of July, 2006, had e-filed and hand-delivered two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Plaintiff's Request for Admissions Concerning Medical Records Directed to Defendants

**PERSON:**

David A. Denham, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

 

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg
ARTHUR M. KRAWITZ (ID No. 2440)
MATTHEW R. FOGG (ID No. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 7-7-2006

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100