# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 06-109 KAJ |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

## AMENDED COMPLAINT

### PARTIES

1. Plaintiff, Helen Palko, is an individual who resides at 1733 Windsor Avenue, Lancaster, Pennsylvania 17601.

2. The defendants, Gordon Pepper and Kathleen Pepper, are husband and wife who reside at 45 Clendaniel Avenue, Selbyville, Delaware 19971.

### JURISDICTION

3. Paragraphs 1 through 2 are incorporated herein by reference.

4. Jurisdiction is conferred pursuant to 28 U.S.C. §1332(a)(1) and 28 U.S.C. §1332(c)(1) as the amount in controversy exceeds $75,000.00 and the action is between citizens of different States. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a), as this is the judicial district where the act complained of occurred.

### FACTUAL ALLEGATIONS

5. Paragraphs 1 through 4 are incorporated herein by reference.

6. On or about April 12, 2004, at approximately 9:00 a.m., the plaintiff, Helen Palko, was operating her vehicle in the left hand lane of northbound Delaware Route 113 near the intersection of Gov. Stockley Road, in Georgetown.

7. At the aforementioned time and place, Lynn Farren was operating her vehicle in the right hand lane of northbound Delaware Route 113, directly behind a motorcycle operated by Paul R. Farren, when the defendant, Kathleen Pepper, operating a vehicle owned by the defendant, Gordon Pepper, while under the influence of alcohol, entered the right hand lane from the shoulder of northbound Delaware Route 113, nearly striking Paul R. Farren's motorcyle.

8. At the aforesaid time and place, Lynn Farren applied her brakes and steered towards the left lane of Route 113, in an effort to avoid colliding with the vehicle operated by defendant, Kathleen Pepper, causing Lynn Farren to lose control of her vehicle and strike the front passenger side of plaintiff, Helen Palko's vehicle, resulting in serious personal injuries to the plaintiff, Helen Palko.

## COUNT I
## CLAIM AGAINST KATHLEEN PEPPER

9. Paragraphs 1 through 8 are incorporated herein by reference.

10. The direct and proximate cause of the accident was the negligence of the defendant, Kathleen Pepper, as follows:

(a) She operated a vehicle while under the influence of alcohol in violation of 21 Del. C. §4177(a);

(b) She operated the vehicle in a careless and imprudent manner, without due regard for the road, weather, and traffic conditions then existing, in violation of 21 Del. C. §4176(a);

(c) She failed to give full time and attention to the operation of the vehicle, in violation of 21 Del. C. §4176(b);

(d) She drove the vehicle in a willful and wanton disregard for the safety of persons and property on said roadway, in violation of 21 Del. C.§4175(a);

(e) She failed to maintain a proper lookout while operating the vehicle, in violation of 12 Del. C. §4176(b);

(f) She failed to yield the right-of-way to vehicles approaching on the roadway while attempting to enter the roadway in violation of 21 Del. C. §4133;

(g) She caused a vehicle to be moved that was stopped when such movement could not be made with reasonable safety in violation of 21 Del. C. §4154;

(h) She failed to keep the vehicle under proper and adequate control in violation of the common law duty of care she had to others on the roadway, including the plaintiff, Helen Palko;

(i) She failed to maintain and keep a proper lookout for other persons in the area in violation of the common law duty of care she had to others on the roadway, including the plaintiff, Helen Palko;

(j) She failed to operate her vehicle as a reasonable and prudent person under the circumstances in doing the aforesaid acts set forth in sub-paragraphs (a) through (i), in violation of the common law duty of care he had to others on the roadway, including the plaintiff, Helen Palko;

(k) She was otherwise negligent.

## COUNT II
## CLAIM AGAINST GORDON PEPPER

11. Paragraphs 1 through 10 are incorporated herein by reference.

12. At all times relevant, the defendant, Gordon Pepper, was the owner of the vehicle being operated by the defendant, Kathleen Pepper, at the time of the accident set forth in this Complaint.

13. At all times relevant to this litigation, Kathleen Pepper, was the agent, servant and/or employee of the defendant, Gordon Pepper.

14. The defendant, Gordon Pepper, is vicariously liable for the acts of his agent, servant and/or employee.

15. A proximate cause of the collision was the negligence of the defendant, Gordon Pepper, by entrusting his vehicle to Kathleen Pepper, whom he knew or should have known would act in a manner likely to cause injuries to third persons.

16. Defendant, Gordon Pepper, by entrusting his vehicle to a person whom he knew or should have known would act in a manner likely to cause injuries to third persons, acted in a manner which constituted willful and wanton disregard for the safety of others, including the plaintiff, Helen Palko.

### CLAIM III
### PUNITIVE DAMAGES CLAIM AGAINST KATHLEEN PEPPER AND GORDON PEPPER

17. Paragraphs 1 through 16 are incorporated herein by reference.

18. A proximate cause of the collision was defendants' reckless indifference to the consequences and conscious disregard of the substantial risk of operating a vehicle under the influence of alcohol and consuming alcohol with prescription drugs that they knew or should have known would impair Kathleen Pepper's abilities to operate a motor vehicle, warranting punitive damages.

### COUNT ~~III~~ IV
### CLAIM OF HELEN PALKO

~~17.~~ 19. Paragraphs 1 through ~~16~~ 18 are incorporated herein by reference.

~~18.~~ 20. As a direct and proximate result of the defendants' negligence, plaintiff, Helen Palko, suffered severe personal injuries, both of a temporary and permanent nature, including but

not limited to: a fracture at the base of the third right metatarsal, deformity of the left foot, left elbow pain, right ankle pain and swelling, right knee occult fracture or severe contusion, osteonecrosis of the right knee requiring possible future surgery, left knee pain, shoulder pain, abdominal pain, hypertrophy and edema.

19. 21. As a consequence of her injuries, plaintiff, Helen Palko, has been required to undergo prolonged medical treatment.

20. 22. As a further result of the defendants' negligence, plaintiff, Helen Palko, has experienced, continues to experience and is likely to experience in the future, substantial physical pain and suffering and discomfort.

21. 23. As a further result of her injuries, plaintiff, Helen Palko, has experienced, continues to experience and is likely to experience in the future, emotional pain, suffering, anxiety, and nervousness.

22. 24. As a further result of defendants' negligence, plaintiff, Helen Palko, has incurred and may in the future continue to incur, medical bills for the treatment of the injuries sustained in the accident.

23. 25. As a further result of the defendants' negligence, plaintiff, Helen Palko, has suffered a loss of earnings and may in the future suffer a loss of earnings and an impairment of earning capacity.

WHEREFORE, plaintiff, Helen Palko, respectfully request that this Court enter judgment against the defendants, Gordon Pepper and Kathleen Pepper, jointly and severally, for compensatory, and special, and punitive damages and the costs of this action, along with any additional relief that this Court may deem proper.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
　　ARTHUR M. KRAWITZ (I.D. 2440)
　　MATTHEW R. FOGG (I.D. 4254)
　　1202 Kirkwood Highway
　　Wilmington, Delaware 19805
　　(302) 998-0100
　　Attorneys for Plaintiff

DATED: 7-3-2006