IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

## NOTICE OF RECORDS DEPOSITION

TO: David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Please take notice that counsel for Plaintiff will take the records-only deposition of the below-listed individual on **Monday, August 14, 2006 at 10:30 am**:

**Records Custodian – Beebe Medical Center, 424 Savannah Road, Lewes, Delaware 19958.**

The deposition will be held in the offices of the undersigned, located at 1202 Kirkwood Highway, Wilmington, DE.

**DUCES TECUM:** Deponent is requested to produce any and all related documents in their possession, including but not limited to, Kathleen Pepper's toxicology screen and blood test results taken April 12, 2004, which is the subject of this litigation. **NOTE: Appearance is waived if the documents are produced on or before Monday, August 14, 2006.**

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

                                                          DOROSHOW, PASQUALE,
                                                         KRAWITZ & BHAYA

DATED: 7-26-2006

                                          By:    /s/ MATTHEW R. FOGG
                                                     ARTHUR M. KRAWITZ (I.D. No.: 2440)
                                                     MATTHEW R. FOGG (I.D. No.: 4254)
                                                   1202 Kirkwood Highway
                                                 Wilmington, DE   19805
                                                 (302) 998-0100
                                                 Attorneys for Plaintiff

Doroshow. Pasquale.
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

Case 1:06-cv-00109-JJF-MPT    Document 38    Filed 07/26/2006    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 26th day of July, 2006, mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT(S):**

Notice of Records Deposition

**PERSON(S):**

David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 7-26-2006