IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | :    C.A. No.: 06-109-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | :    JURY OF SIX DEMANDED |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

## NOTICE OF ORAL DEPOSITION

To:    Arthur Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the Plaintiff, Helen Palko, on <u>October 11, 2006 starting at 11:00 a.m.</u> in the office of Bifferato, Gentilotti, Biden & Balick, 1308 Delaware Avenue, P.O. Box 2165, Wilmington, DE 19899-2165

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
David A. Denham, Esquire
Delaware State Bar No.: 4240
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorney for Defendant

Date: 8/3/06

## AFFIDAVIT OF MAILING

STATE OF DELAWARE     :
                      :SS
COUNTY OF NEW CASTLE:

BE IT REMEMBERED that on this 4th day of August, 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Dawn Marino, a legal assistant for the law firm of Bifferato, Gentilotti & Biden and being duly sworn according to law deposes and says that she forwarded a copy of the attached Notice of Oral Deposition to:

Arthur Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

via Lexis-Nexis and first-class mail, postage prepaid.

_____
Dawn Marino

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC