IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiff, | : C.A. No.: 06-109 KAJ |
| v. | : |
| | : **JURY OF SIX DEMANDED** |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, MATTHEW R. FOGG, hereby certify that I have this 10th day of August, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Third Set of Interrogatories Directed to Defendant, Kathleen Pepper
Plaintiff's Second Request for Production of Documents Directed to Defendant, Kathleen Pepper

PERSON:

David A. Denham, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No. 2440)
MATTHEW R. FOGG (I.D. No. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 8-10-2006