IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HELEN L. PALKO,  :
: 
    Plaintiffs,  :   C.A. No.: 1:06-CV-109
:
V.  :
:
GORDON PEPPER and KATHLEEN  :
PEPPER,  :
:
    Defendants.  :

### NOTICE OF RECORDS DEPOSITION

TO:   David A. Denham, Esq.
       Bifferato, Gentilotti, Biden & Balick
       1308 Delaware Avenue
       P.O. Box 2165
       Wilmington, DE 19899-2165

Please take notice that counsel for Plaintiff will take the records-only deposition of the below-listed individual on **Friday, September 1, 2006 at 10:00 am**:

**Records Custodian – Delaware State Police, Troop 4**

The deposition will be held in the offices of the undersigned, located at 1202 Kirkwood Highway, Wilmington, DE.

**DUCES TECUM:** Deponent is requested to produce any and all related documents in their possession, including but not limited to, the blood toxicology results of Kathleen Pepper, Complaint # 04-04-15192, taken on April 12, 2004. **NOTE: Appearance is waived if the documents are produced on or before Friday, September 1, 2006.**

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

                                                DOROSHOW, PASQUALE,
                                                KRAWITZ & BHAYA

DATED: 8-11-2006

                                 By:    /s/ MATTHEW R. FOGG
                                                ARTHUR M. KRAWITZ (I.D. No.: 2440)
                                                MATTHEW R. FOGG (I.D. No.: 4254)
                                                1202 Kirkwood Highway
                                                Wilmington, DE   19805
                                                (302) 998-0100
                                                Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 11th day of August, 2006, mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT(S):**

Notice of Records Deposition

**PERSON(S):**

David A. Denham, Esq.
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 8-11-2006
Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100