IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : C.A. No.: 06-109-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : JURY OF SIX DEMANDED |
| GORDON PEPPER and | : |
| KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

### RE-NOTICE OF ORAL DEPOSITION

To:   Arthur Krawitz, Esquire
      Matthew R. Fogg, Esquire
      Doroshow Pasquale Krawitz & Bhaya
      1202 Kirkwood Highway
      Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the Plaintiff,

Helen Palko, on October 11, 2006 starting at 1:30 p.m. in the office of Bifferato, Gentilotti, Biden

& Balick, 1308 Delaware Avenue, P.O. Box 2165, Wilmington, DE 19899-2165

                                        BIFFERATO, GENTILOTTI, BIDEN & BALICK

                                        _____
                                        David A. Denham, Esquire
                                        Delaware State Bar No.: 4240
                                        1308 Delaware Avenue
                                        P.O. Box 2165
                                        Wilmington, DE 19899-2165
                                        (302) 429-1900
Date: 8/14/06                           Attorney for Defendant

## AFFIDAVIT OF MAILING

STATE OF DELAWARE   :
                    :SS.
COUNTY OF NEW CASTLE:

BE IT REMEMBERED that on this 15th day of August, 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Dawn Marino, a legal assistant for the law firm of Bifferato, Gentilotti & Biden and being duly sworn according to law deposes and says that she forwarded a copy of the attached RE-Notice of Oral Deposition to:

Arthur Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

via Lexis-Nexis and first-class mail, postage prepaid.

Dawn Marino

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC
WENDY A. DEMOSS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 22, 2007