IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiff, | : C.A. No.: 06-109-KAJ |
| v. | : |
| | : JURY OF SIX DEMANDED |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

TO:   David Allen Denham, Esquire
　　　Bifferato, Gentilotti, Biden
　　　& Balick, P.A.
　　　1308 Delaware Avenue
　　　Wilmington, Delaware 19899-2165

Please take notice that counsel for Plaintiff will take the deposition of the listed Individuals on **Monday, September 18, 2006 beginning at 9:30 a.m.**:

**Sue Harris (by subpoena) – 9:30 a.m.**
**Barbara Hall (by subpoena) – 10:30 a.m.**
**Marshall Hall (by subpoena) – 11:30 a.m.**

The deposition will be held in the office of the undersigned located at 1202 Kirkwood Highway, Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　DOROSHOW, PASQUALE,
　　　　　　　　　　　　　　　　　　KRAWITZ & BHAYA

DATED: 8/17/06　　　By:　　/s/ Matthew R. Fogg, Esquire
　　　　　　　　　　　　　　ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
　　　　　　　　　　　　　　MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
　　　　　　　　　　　　　　1202 Kirkwood Highway
　　　　　　　　　　　　　　Wilmington, DE  19805
　　　　　　　　　　　　　　(302) 998-0100
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Arthurkrawitz@dplaw.com
　　　　　　　　　　　　　　Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 06-109-KAJ |
| v. | : |
| | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 17th day of AUGUST, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Deposition

**PERSON**:

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden
& Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:  /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Mattfogg@dplaw.com

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100