

ERIC M. DOROSHOW. DE. PA. DC
ROBERT PASQUALE. DE. PA
ARTHUR M. KRAWITZ. DE. PA
SHAKUNTLA L. BHAYA. DE. PA
MARY C. BOUDART. DE
DONALD E. GREGORY. DE
DEBRA C. ALDRICH. DE. PA
DONALD E. MARSTON. DE
ANDREA G. GREEN. DE. MD
JESSICA LEWIS WELCH. DE
• • • • •
ANGELA PINTO ROSS. DE
KAREN Y. VICKS. DE. NJ. PA
MATTHEW R. FOGG. DE. NJ
CYNTHIA H. PRUITT. DE
NINA PAPPOULIS. DE
TARA A. BLAKELY. DE
JENNIFER S. DONAHUE. DE. NJ
DEBORAH J. GALONSKY. DE. NJ
AIMEE CZACHOROWSKI. DE. PA
JENNIFER M. MENSINGER. DE
TARA E. HAFER. NJ
CHRISTINA L. YEAGER. NJ
NICOLE M. EVANS. DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

World Wide Web
www.dplaw.com

August 22, 2006

**VIA E-FILING**
The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:  **Helen Palko v. Gordon Pepper, et. al.**
           **C.A. No.: 06-109-KAJ**

Dear Judge Jordan:

      Pursuant to the Court's Scheduling Order of May 10, 2006, please accept this as the parties joint Interim Status Report.

      This action arises from personal injuries sustained in an automobile accident of April 12, 2004. The Complaint has been amended by stipulation to include a count of punitive damages against defendants. Liability and damages are currently in dispute.

      Discovery in this matter is ongoing. However, the parties fully expect to meet the deadlines of the Scheduling Order, as amended. Mediation has been scheduled for January 11, 2007.

      Settlement negotiations are ongoing.

      Should Your Honor wish to discuss this matter further, please feel free to contact us.

                        Respectfully Submitted,

                        */s/ Matthew R. Fogg*
                        MATTHEW R. FOGG
                        Attorney for Plaintiff (ID #4254)

                        */s/ David A. Denham*
                        DAVID A. DENHAM
                        Attorney for Defendants (ID #4240)