

ERIC M DOROSHOW DE PA DC
ROBERT PASQUALE DE PA
ARTHUR M KRAWITZ DE PA
SHAKUNTLA L BHAYA DE PA
MARY C BOUDART DE
DONALD E GREGORY DE
DEBRA C ALDRICH DE PA
DONALD E MARSTON DE
ANDREA G GREEN DE MD
JESSICA LEWIS WELCH DE
.....
ANGELA PINTO ROSS DE
KAREN Y VICKS DE NJ PA
MATTHEW R FOGG DE NJ
CYNTHIA H PRUITT DE
NINA PAPPOULIS DE
TARA A BLAKELY DE
JENNIFER S DONAHUE DE NJ
DEBORAH J GALONSKY DE NJ
AIMEE CZACHOROWSKI DE PA
JENNIFER M MENSINGER DE
TARA E HAFER NJ
CHRISTINA L YEAGER NJ
NICOLE M EVANS DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S DuPont Highway
P O Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

August 22, 2006

**VIA E-FILING**
The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:  **Helen Palko v. Gordon Pepper, et. al.**
          C.A. No.: 06-109-KAJ

Dear Judge Jordan:

    A Status Conference is currently scheduled for August 29, 2006 at 4:30 p.m. with respect to this matter. An Interim Status Report was e-filed with the Court on August 22, 2006.

    Pursuant to the Scheduling Order of May 10, 2006, the parties have nothing to report beyond the Interim Status Report. Discovery is ongoing and settlement negotiations are continuing. The parties agree that there is no need for the Status Conference.

    Should Your Honor wish to discuss this matter further, please feel free to contact us.

    Respectfully Submitted,

    /s/ *Matthew R. Fogg*
    MATTHEW R. FOGG
    Attorney for Plaintiff (ID #4254)

    /s/ *David A. Denham*
    DAVID A. DENHAM
    Attorney for Defendants (ID #4240)