IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN PALKO, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 06-109 KAJ |
| v. | : | |
| | : | |
| GORDON PEPPER and KATHLEEN PEPPER, | : | JURY OF SIX DEMANDED |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE VACATING DEPOSITION

TO: David Allen Denham, Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

PLEASE TAKE NOTICE that the deposition of listed individuals scheduled for **Monday, September 18, 2006 beginning at 9:30 a.m.**:

**Sue Harris – 9:30 a.m.
Barbara Hall – 10:30 a.m.
Marshall Hall – 11:30 a.m.**

These depositions are hereby **VACATED.**

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 9/14/06     By:     /s/ Matthew R. Fogg, Esquire
ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
Arthurkrawitz@dplaw.com
Mattfogg@dplaw.com

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HELEN PALKO, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 06-109 KAJ |
| v. | : | |
| | : | |
| GORDON PEPPER and KATHLEEN PEPPER, | : | JURY OF SIX DEMANDED |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 14th day of SEPTEMBER, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Notice Vacating Deposition

**PERSONS**:

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

                      DOROSHOW, PASQUALE,
                      KRAWITZ & BHAYA

            By:  /s/ Matthew R. Fogg, Esquire
                  MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                  1202 Kirkwood Highway
                  Wilmington, DE 19805
                  (302) 998-0100
                  Mattfogg@dplaw.com