IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiff, | : C.A. No.: 06-109-KAJ |
| v. | : |
| | : JURY OF SIX DEMANDED |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### NOTICE OF DEPOSITION

TO:   David Allen Denham, Esquire
Bifferato, Gentilotti, Biden
& Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

Please take notice that counsel for Plaintiff will take the deposition of the listed Individuals on **Thursday, January 4, 2007 beginning at 9:00 a.m.**:

**Trooper Kris Thompson (by subpoena) – 9:00 a.m.
Corporal J. Mark Little (by subpoena) – 10:00 a.m.
Lynn Farren (by subpoena) – 11:00 a.m.
Paul Farren (by subpoena) – 12:00 p.m.**

The deposition will be held in the office of the undersigned located at 1202 Kirkwood Highway, Wilmington, Delaware.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 10/16/06   By:   /s/ Matthew R. Fogg, Esquire
ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff
Arthurkrawitz@dplaw.com
Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

F:\PUBLIC\WORD\PLEADING Palko, Helen - Notice of Deposition – 1-4-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HELEN L. PALKO, :
:
    Plaintiff, :
: C.A. No.: 06-109-KAJ
v. :
:
GORDON PEPPER and KATHLEEN :
PEPPER, :
:
    Defendants. :

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 16th day of OCTOBER, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Deposition

**PERSON**:

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden
& Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

                                 DOROSHOW, PASQUALE,
                                 KRAWITZ & BHAYA

By:   /s/ Matthew R. Fogg, Esquire
       MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
       1202 Kirkwood Highway
       Wilmington, DE   19805
       (302) 998-0100
       Mattfogg@dplaw.com