IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO,<br>　　　Plaintiff,<br>v.<br><br>GORDON PEPPER and KATHLEEN PEPPER,<br><br>　　　Defendants. | C.A. No.: 1: 06- cv- 109<br><br>JURY OF SIX DEMANDED |

### NOTICE OF SERVICE

I, Matthew R. Fogg, ESQUIRE, hereby certify that on the __25th__ day of __October__, 2006, two copies of Plaintiffs' Supplemental Responses Pursuant to Federal Rule of Civil Procedure 26(a)(1) were placed in the U.S. Mail to the following attorneys of record at the address indicated:

David Denham, Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

　　　　　　　　　　　　　　　　DOROSHOW, PASQUALE
　　　　　　　　　　　　　　　　KRAWITZ & BHAYA

　　　　　　　　　　　　　By: /s/ ARTHUR M. KRAWITZ
　　　　　　　　　　　　　　　ARTHUR M. KRAWITZ (2440)
　　　　　　　　　　　　　　　MATTHEW R. FOGG (4254)
　　　　　　　　　　　　　　　1202 Kirkwood Highway
　　　　　　　　　　　　　　　Wilmington, Delaware 19805
　　　　　　　　　　　　　　　(302) 998-0100
　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　ArthurKrawitz@dplaw.com
　　　　　　　　　　　　　　　MattFogg@dplaw.com

DATED: 10-25-2006

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100