IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| | : |
| Plaintiff, | :    C.A. No.: 06-109-KAJ |
| | : |
| v. | : |
| | :    **JURY OF SIX DEMANDED** |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| | : |
| Defendants. | : |

### RE - NOTICE OF DEPOSITION

TO:   David Allen Denham, Esquire
        Bifferato, Gentilotti, Biden
        & Balick, P.A.
        1308 Delaware Avenue
        Wilmington, Delaware 19899-2165

Please take notice that counsel for Plaintiff will take the deposition of **Ralph Stoffgren**, by subpoena, on **Tuesday, January 23, 2007 beginning at 11:00 a.m.** The deposition will be held in the office of the undersigned located at 1202 Kirkwood Highway, Wilmington, Delaware.

                                            DOROSHOW, PASQUALE,
                                            KRAWITZ & BHAYA

DATED: 12/1/06          By:   /s/ Matthew R. Fogg, Esquire
                                       ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                       MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                       1202 Kirkwood Highway
                                       Wilmington, DE 19805
                                       (302) 998-0100
                                       Attorneys for Plaintiff
                                       Artkrawitz@dplaw.com
                                       Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

F:\PUBLIC\WORD\PLEADING Palko, Helen – Re - Notice of Deposition – Stoffgren – 1-23-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HELEN L. PALKO, :
:
    Plaintiff, :
:  C.A. No.: 06-109-KAJ
v. :
:
GORDON PEPPER and KATHLEEN :
PEPPER, :
:
    Defendants. :

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 1st day of DECEMBER, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Re - Notice of Deposition

**PERSON**:

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden
& Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

                      DOROSHOW, PASQUALE,
                      KRAWITZ & BHAYA

            By:  /s/ Matthew R. Fogg, Esquire
                   MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                   1202 Kirkwood Highway
                   Wilmington, DE   19805
                   (302) 998-0100
                   Mattfogg@dplaw.com