IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN PALKO, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 06-109 KAJ |
| v. | : | |
| | : | |
| GORDON PEPPER and KATHLEEN PEPPER, | : | JURY OF SIX DEMANDED |
| | : | |
| Defendants. | : | |

## NOTICE VACATING DEPOSITION

TO: David Allen Denham, Esquire
Bifferato, Gentilotti, Biden &
Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

PLEASE TAKE NOTICE that the deposition of listed individuals scheduled for

**Thursday, January 4, 2007 beginning at 9:00 a.m.:**

Trooper Kris Thompson – 9:00 a.m.
Corporal J. Mark Little – 10:00 a.m.

These depositions are hereby **VACATED**.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 1/3/07   By:   /s/ Matthew R. Fogg, Esquire
ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
Arthurkrawitz@dplaw.com
Mattfogg@dplaw.com

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HELEN PALKO, | : |
| | : |
| Plaintiff, | :    C.A. No.: 06-109 KAJ |
| v. | : |
| | : |
| GORDON PEPPER and KATHLEEN PEPPER, | :    JURY OF SIX DEMANDED |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 3rd day of JANUARY, 2007 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Notice Vacating Deposition

**PERSONS:**

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden &
Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

                                                         DOROSHOW, PASQUALE,
                                                         KRAWITZ & BHAYA

                               By:    /s/ Matthew R. Fogg, Esquire
                                         MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                         1202 Kirkwood Highway
                                         Wilmington, DE   19805
                                         (302) 998-0100
                                         Mattfogg@dplaw.com