# BIFFERATO GENTILOTTI & BALICK, L.L.C.
### Attorneys at Law

1308 DELAWARE AVENUE
POST OFFICE BOX 2165
WILMINGTON, DE 19899-2165

(302) 429-1900
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: DAD@BGBDE.COM

January 9, 2007

**VIA ELECTRONIC FILING AND FIRST CLASS MAIL**

Magistrate Judge Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      RE:    Helen L. Palko v. Gordon Pepper and Kathleen Pepper
              C.A. No.: 06-109-KAJ

Judge Thynge:

    Please be advised the parties have reached an amicable resolution in the above-referenced action. Consequently, the Mediation that was scheduled for January 11, 2007 will no longer be necessary. The Stipulation of Dismissal will be filed with the Court in the near future. Accordingly, the Court may remove this matter from its Scheduling Calendar.

    Thank you for your attention in this regard and I remain available at the Court's convenience, if Your Honor has any questions regarding this matter.

                          Respectfully Submitted,

                          David A. Denham

DAD/ajp

cc:    Arthur M. Krawitz, Esquire (via e-file)
        Clerk (via e-file)