IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN PALKO, | : | |
| Plaintiff, | : | C.A. No.: 06-109 KAJ |
| v. | : | |
| GORDON PEPPER and KATHLEEN PEPPER, | : | JURY OF SIX DEMANDED |
| Defendants. | : | |

### NOTICE VACATING DEPOSITION

TO: David Allen Denham, Esquire
Bifferato, Gentilotti, Biden &
Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

PLEASE TAKE NOTICE that the deposition of **Ralph Stoffgren** scheduled for **Thursday, January 23, 2007 beginning at 11:00 a.m.** is hereby **VACATED.**

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 1/16/07     By:     /s/ Matthew R. Fogg, Esquire
ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
Arthurkrawitz@dplaw.com
Mattfogg@dplaw.com

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HELEN PALKO, : <br> : <br> Plaintiff, : **C.A. No.: 06-109 KAJ** <br> : <br> v. : <br> : <br> GORDON PEPPER and KATHLEEN : **JURY OF SIX DEMANDED** <br> PEPPER, : <br> : <br> Defendants. : <br> : | |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 16th day of JANUARY, 2007 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Notice Vacating Deposition

**PERSONS:**

David Allen Denham, Esquire
Bifferato, Gentilotti, Biden &
Balick, P.A.
1308 Delaware Avenue
Wilmington, Delaware 19899-2165

                                             DOROSHOW, PASQUALE,
                                             KRAWITZ & BHAYA

                            By:    /s/ Matthew R. Fogg, Esquire
                                     MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                     1202 Kirkwood Highway
                                     Wilmington, DE 19805
                                     (302) 998-0100
                                     Mattfogg@dplaw.com