## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN L. PALKO, | : | |
| | : | |
| Plaintiffs, | : | **C.A. No.: 1:06-CV-109** |
| | : | |
| V. | : | |
| | : | |
| GORDON PEPPER and KATHLEEN | : | |
| PEPPER, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties, by and through their counsel, hereby stipulate that the above-captioned

action be dismissed with prejudice.

DOROSHOW, PASQUALE                    BIFFERATO, GENTILOTTI
KRAWITZ & BHAYA                          & BALICK, P.A.

By: _____          By: _____
ARTHUR M. KRAWITZ, ESQUIRE            DAVID A. DENHAM, ESQUIRE
MATTHEW R. FOGG, ESQUIRE             1308 Delaware Avenue
1202 Kirkwood Highway                  P.O. Box 2165
Wilmington, DE   19805                 Wilmington, DE   19899
Attorneys for Plaintiff                Attorney for Defendant

DATED: 2/21/07

SO ORDERED this ____ day of _____, 2007.

_____
Judge