

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN L. PALKO, | : |
| Plaintiffs, | : C.A. No.: 1:06-CV-109 |
| V. | : |
| GORDON PEPPER and KATHLEEN PEPPER, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

The parties, by and through their counsel, hereby stipulate that the above-captioned action be dismissed with prejudice.

| DOROSHOW, PASQUALE KRAWITZ & BHAYA | BIFFERATO, GENTILOTTI & BALICK, P.A. |
|---|---|
| By: /s/ ARTHUR M. KRAWITZ, ESQUIRE  MATTHEW R. FOGG, ESQUIRE  1202 Kirkwood Highway  Wilmington, DE  19805  Attorneys for Plaintiff | By: /s/ DAVID A. DENHAM, ESQUIRE  1308 Delaware Avenue  P.O. Box 2165  Wilmington, DE  19899  Attorney for Defendant |

DATED: 2/21/07

SO ORDERED this 6 day of March, 2007.

_____
Judge